| Attorney Or Party Without Attorney Name and Address | Telephone: (650) 614-7400 | FOR COURT USE ONLY |
|---|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | | |
| Attorneys for: | Ref. No. Or File No.<br>352850 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT | | |
| Plaintiff:<br>SILICONWARE PRECISION INDUSTRIES, ET AL. | | |
| Defendant:<br>TESSERA, ET AL. | | |
| **PROOF OF SERVICE** | Date:   Time:   Dept/Div: | Case Number:<br>CV 08-3667 RS |

I, Katrina Andersson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT, CLERK'S OFFICE; NOTICE OF ASSIGNMENT OF CASE WITH ATTACHED CONSENT/DECLINATION; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION BOOKLET; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | | |
|---|---|---|
| Defendant | : | TESSERA INC. |
| By Serving | : | KATE MORGAN, LEGAL ADMIN. |
| Address | : | 3099 ORCHARD DR. , SAN JOSE, CA 95134 |
| Date & Time | : | Friday, August 1, 2008 @ 3:55pm |
| Witness fees were | : | Not applicable. |

Person serving:
Katrina Andersson
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800     Fax 408-295-6895

a. Fee for service: $72.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1192
   (3) County: Santa Clara
   (4) Expires: 7/18/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 5, 2008              Signature: _____
                                              Katrina Andersson


Printed on recycled paper