GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316,
FBrown@gibsondunn.com
MICHAEL SMITH, SBN 235764,
MSmith@gibsondunn.com
ENRIQUE A. MONAGAS, SBN 239087,
EMonagas@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
TESSERA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| SILICONWARE PRECISION INDUSTRIES CO., LTD. AND SILICONWARE U.S.A., INC.<br><br>Plaintiffs,<br><br>v.<br><br>TESSERA, INC.,<br><br>Defendant. | CASE NO. CV 08-03667 RS<br><br>**STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE** |

WHEREAS Plaintiffs Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc. have filed the above-captioned case against Defendant Tessera, Inc. ("Tessera");

WHEREAS Plaintiffs and Tessera have agreed that Tessera shall have until September 5, 2008 to answer or otherwise respond to Plaintiffs' Complaint;

PURSUANT TO CIVIL LOCAL RULE 6-1(a), THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. Tessera shall have until Friday, September 5, 2008 to answer or otherwise respond to Plaintiffs' Complaint.

2. This Stipulation does not constitute a waiver by Tessera of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, or improper venue.

IT IS SO STIPULATED.

Dated: August 14, 2008                                    GIBSON, DUNN & CRUTCHER LLP

                                                          /s/
                                                          Michael B. Smith

                                                          *Counsel for Defendant Tessera, Inc.*

Dated: August 14, 2008                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                          /s/
                                                          Peter J. O'Rourke

                                                          *Counsel for Plaintiffs*
                                                          *Siliconware Precision Industries Co., Ltd. and*
                                                          *Siliconware U.S.A., Inc.*

100497892_1.DOC