GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316,
FBrown@gibsondunn.com
MICHAEL B. SMITH, SBN 235764,
MSmith@gibsondunn.com
ENRIQUE A. MONAGAS, SBN 239087,
EMonagas@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
TESSERA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICONWARE PRECISION INDUSTRIES CO., LTD., a China Corporation, and SILICONWARE U.S.A., INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TESSERA, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br>------------------------------------------------------------<br>TESSERA, INC., a Delaware corporation,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>SILICONWARE PRECISION INDUSTRIES CO., LTD., a China Corporation, and SILICONWARE U.S.A., INC., a California corporation,<br><br>　　　　　Counterdefendants. | CASE NO. CV 08-03667 RS<br><br>**TESSERA, INC.'S NOTICE OF RELATED CASES [LOCAL RULE 3-12]** |

**TO ALL PARTIES, COUNSEL, AND THE CLERK OF THE COURT:**

Pursuant to Local Rule 3-12, PLEASE TAKE NOTICE that this action, *Siliconware Precision Industries Co., Ltd., et al. v. Tessera, Inc.* (United Stated District Court, Northern District of California, San Jose Division, Case Number 5:08-cv-03667- RS), appears to be, and is, related within the meaning of Local Rule 3-12 to the following actions:

1. *Tessera v. Advanced Micro Devices Inc.* (United States District Court, Northern District of California, Oakland Division, Case Number 05-4063 CW);

2. *ChipMOS Technologies, Inc., et al. v. Tessera, Inc.* (United States District Court, Northern District of California, Oakland Division, Case Number 08-03827 CW);[1] and

3. *Advanced Semiconductor Engineering, Inc., et al. v. Tessera, Inc.* (United States District Court, Northern District of California, San Francisco Division, Case Number 08-03726-EMC).

Both this action and the above-identified actions concern substantially the same or similar parties (and counsel), property, transaction, events, and patent related claims.  It appears likely that there will be an unduly burdensome duplication of labor and expense, or conflicting results, if the cases are conducted before different judges.

Accordingly, *Siliconware Precision Industries Co., Ltd., et al. v. Tessera, Inc.* may be, and is, related to those identified above, and should be assigned to the Hon. Claudia Wilken.

DATED:  September 5, 2008

GIBSON, DUNN & CRUTCHER LLP

By:_____
            Michael B. Smith

Attorneys for Defendant
TESSERA, INC.

---

[1] The *ChipMOS* case, which is virtually identical to this case except for the identity of the plaintiffs, recently was reassigned to Judge Wilken after the plaintiffs filed a Notice of Related Cases identifying this action as well as the other two listed here. August 15, 2008 Order Reassigning Case, *ChipMOS Technologies, Inc., et al. v. Tessera, Inc.*, Case Number 08-03827 CW, Docket No. 9.