GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316,
FBrown@gibsondunn.com
MICHAEL B. SMITH, SBN 235764,
MSmith@gibsondunn.com
ENRIQUE A. MONAGAS, SBN 239087,
EMonagas@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
TESSERA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICONWARE PRECISION INDUSTRIES CO., LTD., a China Corporation, and SILICONWARE U.S.A., INC., a California corporation,<br><br>          Plaintiffs,<br><br>    v.<br><br>TESSERA, INC., a Delaware corporation,<br><br>          Defendant.<br><br>-------------------------------------------------------------<br><br>TESSERA, INC., a Delaware corporation,<br><br>          Counterclaimant,<br><br>    v.<br><br>SILICONWARE PRECISION INDUSTRIES CO., LTD., a China Corporation, and SILICONWARE U.S.A., INC., a California corporation,<br><br>          Counterdefendants. | CASE NO. CV 08-03667 RS<br><br>**TESSERA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding,

4    or (ii) have a non-financial interest in that subject matter or in a party that could be substantially

5    affected by the outcome of this proceeding:

6         Tessera Technologies, Inc.

7    DATED:  September 5, 2008

8                                         GIBSON, DUNN & CRUTCHER LLP

9

10                                      By:_____

11                                            Michael B. Smith

12                                  Attorneys for Defendant
     TESSERA, INC.

13   100512080_1.DOC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

TESSERA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. 08-03667 RS